AO 451 (Rev. 01/09)  Clerk's Certification of a Judgment to be Registered in Another District

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAY 06 2010
at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| ZAG International, Inc | ) MC10-00134 SOM KSC |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:08cv908(DJS) |
| Island Cement LLC and Charles Harlan | ) |
| *Defendant* | ) |

**CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT**

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* ___03/25/2010___ .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: ___04/27/2010___

*CLERK OF COURT*

_____
*Signature of* ~~Clerk or~~ *Deputy Clerk*

**ORIGINAL**