UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ZAG INTERNATIONAL, INC., | : |
| Plaintiff | : |
| v. | : CASE NO. 3:08CV908(DJS) |
| ISLAND CEMENT, LLC, and<br>CHARLES HARLAN | : |
| Defendants. | : |

## DEFAULT JUDGMENT

The defendants, ISLAND CEMENT, LLC, and CHARLES HARLAN, having failed to appear, plead or otherwise defend in this action and a default under F.R.C.P. 55(a) having been entered on August 26, 2009, and

The plaintiffs having filed a Motion for Default Judgment on September 14, 2009, pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, and the Court having considered the full record of the case including applicable principles of law and having granted the motion, it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the Plaintiff ZAG INTERNATIONAL, INC. against the defendants, ISLAND CEMENT, LLC, and CHARLES HARLAN, in the amount of **$501,813.78** ($462,243.28 in damages and $39,570.50 in attorney's fees).

Dated at Hartford, Connecticut, this 25th day of March 2010.

I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District Court for the District of Connecticut.
Date Filed: 3/25/10
Roberta D. Tabora, Clerk
By /s/ Deputy Clerk

ROBIN D. TABORA, Clerk

By /s/
Terri Glynn
Deputy Clerk

EOD_____